**IT IS ORDERED as set forth below:**

**Date: May 23, 2013**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RYAN MICHAEL WILSON | : | CASE NUMBER A10-97928-WLH |
| ELIZABETH KATHLEEN WILSON | : | |
| DEBTORS | : | JUDGE HAGENAU |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS**

On April 30, 2013 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtor shall remit their Federal Income tax return to the Trustee by May 15th of each calendar year for the remaining years the case is pending. Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the

Debtor's Applicable Commitment Period to the Trustee by May 15th of each calendar year.  If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email or telephone to alert them of the default with an opportunity to cure the default.  Additionally, a letter will be sent to the Debtor at the beginning of each calendar year requesting a copy of the tax return and requesting the refund to be sent to the Chapter 13 Trustee.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

| ____/s/_____ | ____/s/_____ |
|---|---|
| Julie M. Anania, | Jennifer Hunter |
| Attorney for Chapter 13 Trustee | Attorney for Debtor |
| GA Bar No. 477064 | GA Bar No. 111585 |
| 303 Peachtree Center Ave., NE | Hunter Law, LLC |
| Suite 120 | 3235 Satellite Boulevard |
| Atlanta, GA  30303 | Building 400, Suite 300 |
| (678) 992-1201 | Duluth, GA 30096 |
|  | *Signed by Julie M. Anania with express permission* |

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303